MOT

ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & FERRAN LLP.
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JEREMY WAYNE WATSON,<br>Defendant. | **CASE NO.: 2:26-cr-00090-RFB-NJK**<br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE REPORT AND PROPOSED ORDER** |

COMES NOW, JEREMY WAYNE WATSON, by and through his attorney of record, ERICK M. FERRAN, ESQ., and hereby moves this Honorable Court to order the United States Probation Office, District of Nevada, to conduct a pre-plea investigation and prepare a pre plea presentence report for Mr. Watson.

This request is based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may entertain.

DATED this 24TH day of August 2026.

**HITZKE & FERRAN LLP.**

*/s/ Erick M. Ferran, Esq.*
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

On May 27, 2026, a federal grand jury returned an Indictment charging Watson with the following: Count 1 – Possession of a Firearm by a Prohibited Person, a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### II. LEGAL ARGUMENT

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt.[1] Moreover, Fed. R. Crim. P. 32(e)(1) provides that "Unless the defendant has consented in writing, the probation officer must not submit a presentence report to the court or disclose its contents to anyone until the defendant has pleaded guilty or nolo contendere or has been found guilty."

Here, Watson through undersigned counsel, consents in writing to having a pre-plea presentence investigation report prepared in this case. A pre-plea presentence report will assist the parties in determining Watson's criminal history score, which will affect the negotiations in this case.

Counsel for Watson knows that Watson has prior felony and misdemeanor convictions that affect his criminal history score. However, Counsel cannot accurately calculate Watson's criminal history score without having a pre-plea presentence investigation report prepared. Additionally, the information in the report will be crucial to determine whether Watson qualifies for sentencing enhancements or reductions. Watson's criminal history will undoubtedly affect his sentencing exposure and will impact how Watson proceeds in this case.

For these reasons, a pre-plea presentence report will promote judicial economy and will assist the parties in resolving this case.

Counsel for Watson has spoken to Counsel for the Government, and the Government does not oppose the instant motion.

---

[1] *See,* Fed. R. Crim. P. 32.

Therefore, Watson respectfully requests that this Court issue the proposed Order, attached hereto as Exhibit 1, directing the United States Probation Office, District of Nevada, to conduct a pre-plea presentence investigation and prepare the pre-plea presentence report.

## CONCLUSION

Based on the foregoing, Watson respectfully requests that this Court grant his Motion to Conduct a Pre-Plea Presentence Report. Watson further requests this Court order the United States Probation Office, District of Nevada, to conduct a pre-plea presentence report of Watson.

DATED this 24TH day of August 2026.

**HITZKE & FERRAN LLP.**

*/s/ Erick M. Ferran, Esq.*
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
2110 East Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*erick.ferran@hitzkelaw.com*
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE REPORT AND PROPOSED ORDER** with the Clerk of the Court for the United States District Court for the District of Nevada by using the Court's CM/ECF system. Pursuant to LR IC 4-1, the CM/ECF system caused a Notice of Electronic Filing to be transmitted to all counsel of record who are registered CM/ECF users, thereby effectuating service upon them.

MELINDA BREWER, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Office: 702-388-6515
Melinda.Brewer@usdoj.gov

*/s/ Erick M. Ferran, Esq.*
*An employee of Hitzke & Ferran LLP.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JEREMY WAYNE WATSON,<br>Defendant. | **CASE NO.: 2:26-cr-00090-RFB-NJK**<br>**ORDER** |

Good cause appearing, Defendant Watson's motion is granted.

IT IS THEREFORE ORDERED that United States Probation prepare a pre- plea presentence investigation report.

United States Magistrate Judge